# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

**DOCKET NO. 3:07-CV-261-FDW**

| | |
|---|---|
| **ROBERT P. KLEIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **CHARLOTTE CENTER CITY PARTNERS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

Upon joint motion and stipulation of the parties, it is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE. Each party shall bear its own costs of suit. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Signed: September 8, 2007

Frank D. Whitney
United States District Judge